FILED
2006 Aug-28 PM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

A decision on appeal is usually made within 45 days of when it is received or 90 days in special cases. In the event an extension is necessary, the claim administrator will notify you before the original deadline explaining the circumstances requiring delay and the date when the claim administrator expects to make a decision. The claim administrator's decision on appeal is final. The claim administrator's information to you will include the same information (if applicable) as included in the initial adverse benefit determination notification.

If you or your beneficiary still believes that a claim for Long-Term Disability benefits has been improperly denied, you or your beneficiary may have additional rights, which are explained in the "Statement of ERISA Rights" on page 304.

## Other Welfare and Retirement Benefits

If you file a claim for your benefit under the plan and your claim is denied in whole or in part, you will be notified in writing. The notification will include:

- The reason for the denial
- The specific references to the plan provisions on which the denial is based
- A description of any more material needed to complete your claim and why it is needed
- An explanation of the plan's claims review procedures, including an explanation of your right to bring a civil action under section 502(a) of ERISA following an adverse determination on appeal

Generally, you should receive the notice 90 days after the claim is filed or in special cases, within 180 days after the claim administrator receives your request. In the event an extension is necessary, the claim administrator will notify you before the original deadline explaining the circumstances requiring the delay and the date when the claim administrator expects to make a decision.

If your claim is denied and if you believe that you were improperly denied benefits under the plan, you have the right to have your claim denial reviewed. To do so, you or your participant must submit a written request to the claim administrator of that plan within 60 days of receiving the notice of denial. For Pension Plan and 401(k) Savings Plan appeals, the claim administrator is the plan administrator. If possible, you should include any documents or records that support your appeal. You have or your participant has the right to review all pertinent plan documents.

You will receive a written decision on your appeal within 60 days of the date the claim administrator receives your request or in special cases, within 120 days after the claim administrator receives your request. If special circumstances require a delay, you will be notified of the extension during the 60 days following the receipt of your request or request for review. The claim administrator's notification to you will include the same notification (if applicable) as included in the initial adverse benefit determination notification.

If a claim for benefits or request for review is denied, you have certain rights under the law. For more information, see the "Statement of ERISA Rights" on page 304.

## Statute of Limitations

Any legal proceeding to recover denied benefits under any plan may not be instituted until all administrative remedies are exhausted, and in no case may legal action be brought beyond one year after the date notification of an adverse determination on appeal is issued.